UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAMEER PAUL GADOLA,

    Movant/Plaintiff,                Case No. 1:19–cv–737

v.                                     Hon. Janet T. Neff

UNITED STATES OF AMERICA,

    Respondent/Defendant.
_____/

**NOTICE OF RECEIPT OF CASE**

    NOTICE is hereby given that this case has been received, and filed in this court on September 9, 2019 (reference related criminal case number 1:17–cr–80).  It has been assigned the case number and judge set forth above.

                                            CLERK OF COURT

Dated:  September 10, 2019      By:  /s/ P. Woods_____
                                                  Deputy Clerk